# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2023

## NO. 03-22-00439-CV

**The City of Austin, Appellant**

**v.**

**Amy-Marie Howard, Individually and as Next Friend of D. A., a Minor, and as a Representative of The Estate of Johnathon Aguilar, and on Behalf of All Those Entitled to Recover Under the Texas Wrongful Death Act For The Death of Johnathon Aguilar and Nanette Mojica, Individually, Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
REVERSED AND RENDERED -- OPINION BY JUSTICE BAKER
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order denying appellant's plea to the jurisdiction signed by the trial court on June 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment granting appellant's plea to the jurisdiction and dismissing appellees' claims against appellant. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.